743 A.2d 847

FRANK ROACH, PLAINTIFF–PETITIONER, v.
TRW, INC., DEFENDANT–RESPONDENT.

September 16, 1999.

A petition for certification of the judgment in A–2308–97 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is granted, and the matter is summarily remanded to the Appellate Division for reconsideration of the appeal in the light of *Higgins v. Pascack Valley Hospital,* 158 *N.J.* 404, 730 *A.*2d 327 (1999).